UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| MEGAN THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-02 |
| | ) | |
| STRYKER EMPLOYMENT COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOLLOWING STATUS CONFERENCE

On July 23, 2024, the court held a status conference in this matter. The parties stated that they have settled the dispute between Ms. Thompson and Stryker Employment Co., LLC for a confidential amount that was disclosed to the court. The remaining dispute concerns Ms. Thompson's assertion that the 1/3 contingency fee sought by her counsel is excessive. Ms. Thompson is now waiting for an attorney to review the settlement agreement.

The court requested that counsel for Stryker notify the court once the settlement agreement has been filed. It would be helpful to file the agreement with the court under seal. The court proposed that the amount in dispute (1/3 of the settlement) be held in escrow by Stryker's law firm and the balance be paid directly to Ms. Thompson without restriction.

The court and the parties will wait first for resolution of any pending complaints before the Professional Responsibility Board. After that matter is resolved, the court will convene a second status conference to determine what further steps are required.

The court requests that Ms. Thompson file a response to the pending motions (motion to enforce settlement; motion to withdraw as attorney; and motion for permissive intervention) not later than August 1, 2024.

Dated at Burlington, in the District of Vermont, this 23rd day of July, 2024.

Geoffrey W. Crawford, Judge
United States District Court