U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 SEP 20 PM 2: 11

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MEGAN THOMPSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00002 |
| STRYKER EMPLOYMENT COMPANY, LLC, | ) |
| Defendant. | ) |

**ORDER**
(Doc. 40)

Following a status conference on July 23, 2024, and receipt of Plaintiff's response to the pending motions, on August 9, 2024, the court issued an Order stating, among other things:

> The plaintiff's position concerning the motion to enforce the settlement is not clear. At the settlement conference, the court understood that plaintiff did not wish to continue to litigate her claim against Stryker Employment Co. Rather, she wished to settle with Stryker for the agreed upon, confidential amount and resolve the fee dispute through court proceedings against attorney Watts. [However,] the filing she has submitted seems to seek to undo the entire settlement on grounds that she never agreed to it.

(Doc. 63 at 2.)

Thus, the court requested that Plaintiff submit a statement "mak[ing] clear whether she seeks to return to litigating her employment claim against Stryker or whether she wishes to settle with Stryker on the terms proposed and litigate her dispute with her former attorney." *Id.* at 3. On August 19, 2014, Plaintiff timely submitted a statement. However, it does not make clear her intentions. *See* Doc. 64 at 1 (stating both that Plaintiff "does not seek to withdraw from the June 2024 settlement" and that negotiations

remain ongoing). Accordingly, Plaintiff is again asked to provide the court with a statement that makes clear whether she:

1. seeks to continue litigating her employment claim against Stryker or
2. wishes to settle with Stryker on the terms proposed and only continue to litigate her fee dispute with her former attorney.

## CONCLUSION

Plaintiff shall provide a statement responding directly to the court's inquiry on or before September 30, 2024.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 20th day of September, 2024.

/s/ Geoffrey W. Crawford
District Judge
United States District Court