UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MEGAN THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-cv-02 |
| STRYKER EMPLOYMENT COMPANY, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The court orders that intervenor Norman Watts submit a statement of time and expenses incurred during his entire representation of Ms. Thompson within ten (10) days. Any response from Ms. Thompson shall be due within ten (10) days thereafter.

Dated at Burlington, in the District of Vermont, this 26th day of February, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court