UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MEGAN THOMPSON,
        Plaintiff,

v.

STRYKER EMPLOYMENT COMPANY, LLC,
        Defendant.

Case No. 2:23-cv-00002-gwc

## AMENDED ORDER RE ESCROW DISTRIBUTION

In light of the parties stipulation as to the proper distribution of funds currently being held in escrow by Fisher & Phillips, LLP, the Court hereby *amends* paragraph 2 of its Order On Attorney Fee Dispute dated May 5, 2025 (Doc. 114) as follows: the amount Fisher & Phillips is directed to pay to Mr. Watts is **$9,548.08**, with the balance of the escrow funds being paid to Ms. Thompson. All other aspects of the Court's Order remain unchanged and in effect.

Dated at Burlington, in the District of Vermont, this 9th day of June, 2025.

/s/ Geoffrey W. Crawford
U.S. District Court Judge